UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SMART TALENT, INC., <br><br> Defendant. | Case No. MC17-0147RSL <br><br><br> ORDER |

This matter comes before the Court on defendant's opposition to plaintiff's motion to enforce an administrative subpoena. In light of the opposition, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

Dated this 12th day of December, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER