UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>  Petitioner, <br><br> v. <br><br> SMART TALENT, INC., <br>  Respondent. | Case No. 2:17-cv-01864-JLR <br><br> STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DEADLINES |

By Minute Entry dated January 25, 2018, the Court ordered SmartTalent to provide a response to Part I of EEOC's administrative subpoena by February 8, 2018 and for the parties to conduct a FRCP 30(b)(6) deposition by February 28, 2018. SmartTalent has expressed a concern about the fruitfulness of a FRCP 30(b)(6) deposition. Counsel for both parties have planned unavailability the entire week of February 19, 2018. To allow time for that alternative to be fully explored and potentially obviate the need for a CR 30(b)(6) deposition on these issues, the parties jointly ask the Court to continue pending deadlines as follows: compliance with Part I of the subpoena by March 8, 2018 and a 30(b)(6) or alternative solution to the deposition to occur by March 22, 2018.

STIPULATION AND ~~PROPOSED~~
ORDER CONTINUING DEADLINES
Page 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

## ORDER

Th proposed stipulation is approved and so ordered.

DATED this 19th day of February, 2018.

_____
U.S. District Court Judge
James L. Robart

Stipulated to and proposed order by:
ROCKE | LAW Group, PLLC

*s/ Aaron Rocke*
Aaron Rocke, WSBA #31525
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670
aaron@rockelaw.com
Attorney for Respondent Smart Talent, Inc.

Stipulated to
Approved as to form and notice or presentation waived by:
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*s/ Teri L. Healy*
Teri L. Healy
909 First Ave., Suite 400
Seattle, WA 98104
(206) 220-6916 (v)
(206)220-6911 (f)

STIPULATION AND ~~PROPOSED~~
ORDER CONTINUING DEADLINES
Page 2

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670