1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY    )   Case No. 2:17-cv-01864-JLR
COMMISSION,                     )
                 Petitioner,    )   STIPULATION AND ~~PROPOSED~~ ORDER
                                )   CONTINUING DEADLINES
        v.                      )
                                )
SMART TALENT, INC.,             )
                 Respondent.    )

13

14

15

16

17

18

19

20

21

22

23

24

By Minute Entry dated January 25, 2018, the Court ordered SmartTalent to provide a response to Part I of EEOC's administrative subpoena by February 8, 2018 and for the parties to conduct a FRCP 30(b)(6) deposition by February 28, 2018. The court extended those dates consistent with agreement by the parties on February 20, 2018 (Dkt. No. 18). The parties continue to explore a combination of cooperative, informal means to get the EEOC the information it needs to potentially ask a third-party vendor to extract the information in a format that can be used without specific proprietary software in order to analyze certain data. Counsel for Petitioner EEOC has planned unavailability the entire week of April 9, 2018. To allow time for that alternative to be fully explored and potentially obviate the need for a CR 30(b)(6) deposition on these issues, the parties jointly ask the Court to continue pending deadlines as follows: compliance with Part I of the subpoena by May 7, 2018 and a 30(b)(6) or alternative solution to the deposition to occur by May 17, 2018.

25

26

STIPULATION AND ~~PROPOSED~~
ORDER CONTINUING DEADLINES
Page 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

1    Th*e* proposed stipulation is approved and so ordered. Absent unusual circumstances,
                                                            the court will not grant any
2    DATED this **23rd** day of March, 2018.                    further continuances.

3

4                                              _____

5                                              U.S. District Court Judge
                                               James L. Robart
6
     Stipulated to and proposed order by:
7    ROCKE | LAW Group, PLLC

8    *s/ Aaron Rocke*
     _____
     Aaron Rocke, WSBA #31525
9    101 Yesler Way, Suite 603
     Seattle, WA 98104
10   (206) 652-8670
11   aaron@rockelaw.com
     Attorney for Respondent Smart Talent, Inc.
12

13   Stipulated to
14   Approved as to form and notice or presentation waived by:
     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
15
     *s/ Teri L. Healy*
16   _____
     Teri L. Healy
     909 First Ave., Suite 400
17   Seattle, WA 98104
18   (206) 220-6916 (v)
     (206)220-6911 (f)
19

20

21

22

23

24

25

26

STIPULATION AND ~~PROPOSED~~                    ROCKE | LAW Group, PLLC
ORDER CONTINUING DEADLINES                      101 Yesler Way, Suite 603
Page 2                                          Seattle, WA 98104
                                                (206) 652-8670